

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| SHAWNTRELL DAWKINS, | § | No. 08-13-00012-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20090D05205) |
| | § | |

**O R D E R**

The Court GRANTS Kathy Supnet's third request for an extension of time within which to file the Supplemental Reporter's Record until **March 26, 2014.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE SUPPLEMENTAL REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Kathy Supnet, Certified Shorthand Reporter for El Paso County, Texas, prepare the Supplemental Reporter's Record and forward the same to this Court on or before March 26, 2014.

IT IS SO ORDERED this 12th day of March, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.